PD-0189-15

PD-0189-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 5:09:37 PM
Accepted 2/19/2015 1:07:01 PM
ABEL ACOSTA
CLERK

No. _____

In the
**COURT OF CRIMINAL APPEALS**

_____

On Appeal from the 272nd Judicial District Court of
Brazos County, Texas
Cause Number 12-03436-CRF-272; and the Opinion of the Tenth Court of Appeals
in Cause Number 10-13-00429-CR, Delivered February 12, 2015

_____

**DANIEL PAUL CAMPBELL**
*v.*
**THE STATE OF TEXAS**

_____

**MOTION FOR EXTENSION OF TIME TO FILE**
***PRO SE* PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Kristen Jernigan, the undersigned attorney of record for Daniel Paul Campbell, the Appellant, herein, and files this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review. As set out below, the undersigned respectfully requests a sixty-day extension so that Appellant can file his *Pro Se* Petition for Discretionary Review. In support of said motion, the undersigned would show the Court the following:

1.      Appellant's Petition for Discretionary Review is currently due in this case on March 14, 2015.

2.      Appellant seeks an extension of sixty days in which to file his Petition for Discretionary Review, making his Petition due on or before May 13, 2015.

3.      The undersigned counsel will not be representing Appellant after the filing of this motion.   Appellant will now have to obtain and review the record in order to prepare and file a Pro Se Petition for Discretionary Review.   The undersigned believes that there is insufficient time between now and March 14, 2015, to accomplish those goals.   Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

4.      The undersigned has not filed any previous motions for extension of time in this case.

5.      For the reasons set forth above, the undersigned respectfully requests that Appellant be granted an extension of sixty days so that his brief in this case will now be due on May 13, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the undersigned respectfully requests that this Court grant this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Brazos County District Attorney's 300 E. 26th Street, Bryan, Texas 77803 on February 17, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan